# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                         BKY 07-32664

ROCHESTER SERVICE CORP, LLC,        ORDER DENYING MOTION FOR
                                                             RELIEF FROM THE AUTOMATIC STAY
    Debtor.
_____

At Minneapolis, Minnesota, November 28, 2007.

Minnwest Bank Central's motion for an expedited hearing and relief from the automatic stay came on for hearing on November 21, 2007. Appearances were noted on the record. Based on the undisputed evidence, and all the files, records and proceedings herein, pursuant to Federal Rule of Bankruptcy Procedure 7052, made applicable to this contested matter by Federal Rule of Bankruptcy Procedure 9014(c), following the close of argument, the court orally stated and recorded in open court its findings of fact and conclusions of law.

IT IS HEREBY ORDERED that Minnwest Bank Central's motion for relief from the automatic stay is DENIED.

/e/ Nancy C. Dreher
_____
Nancy C. Dreher
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/29/2007*
Lori Vosejpka, Clerk, By KK